Argued and submitted February 2, affirmed October 31, 2001

In the Matter of the Suspension of
the Driving Privileges of

BRAD JARRETT DELZER,
*Appellant,*

*v.*

DRIVER AND MOTOR VEHICLE
SERVICES BRANCH (DMV),
*Respondent.*

99C-12646; A107761

33 P3d 1069

Walter J. Todd argued the cause for appellant. With him on the brief was Trina D. Kolen.

Brendan C. Dunn, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *Mannelin v. DMV*, 176 Or App 9, 31 P3d 438 (2001); *McNutt v. DMV*, 176 Or App 171, 31 P3d 1087 (2001).